**EXHIBIT B**

# Rebecca Simms

| | |
|---|---|
| **From:** | Gurney, Kaitlin <gurneyK@ballardspahr.com> |
| **Sent:** | Friday, December 12, 2025 12:34 PM |
| **To:** | Horrigan, Courtney C.T.; Rebecca Simms; Seidlin-Bernstein, Elizabeth; Austin, Alexa L.; David Volk; Jessica Heinz |
| **Cc:** | Alex Nemiroff; Rodgers, Ginger |
| **Subject:** | RE: Rhodes v. Aylo, et al. - Defendants' Consent to Removal of Matter |

I am confirming consent to removal on behalf of Taylor & Francis Group.

Thank you,
Kaitlin Gurney


**Kaitlin M. Gurney**
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Direct 215.864.8585
Fax 215.864.8999
Mobile 267.971.4781
gurneyk@ballardspahr.com
www.ballardspahr.com

---

**From:** Horrigan, Courtney C.T. <CHorrigan@ReedSmith.com>
**Sent:** Friday, December 12, 2025 12:16 PM
**To:** Rebecca Simms <rsimms@grsm.com>; Gurney, Kaitlin <gurneyK@ballardspahr.com>; Seidlin-Bernstein, Elizabeth <SeidlinE@ballardspahr.com>; Austin, Alexa L. <AAustin@reedsmith.com>; David Volk <DVolk@c-wlaw.com>; Jessica Heinz <JHeinz@c-wlaw.com>
**Cc:** Alex Nemiroff <anemiroff@grsm.com>; Rodgers, Ginger <GRodgers@reedsmith.com>
**Subject:** RE: Rhodes v. Aylo, et al. - Defendants' Consent to Removal of Matter

⚠️ **EXTERNAL**
Thank you very much, Rebecca. Confirming consent on behalf of the Aylo Defendants

---

**From:** Rebecca Simms <rsimms@grsm.com>
**Sent:** Friday, December 12, 2025 12:11 PM
**To:** Gurney, Kaitlin <gurneyK@ballardspahr.com>; Seidlin-Bernstein, Elizabeth <SeidlinE@ballardspahr.com>; Austin, Alexa L. <AAustin@reedsmith.com>; Horrigan, Courtney C.T. <CHorrigan@ReedSmith.com>; David Volk <DVolk@c-wlaw.com>; Jessica Heinz <JHeinz@c-wlaw.com>
**Cc:** Alex Nemiroff <anemiroff@grsm.com>
**Subject:** Rhodes v. Aylo, et al. - Defendants' Consent to Removal of Matter

**External E-Mail - FROM Rebecca Simms <rsimms@grsm.com>**

---

Good Afternoon All,

As discussed, we are preparing to file a Notice of Removal for the above-named matter. In the interest of clarity for that filing, could you please reply to this email and confirm that your clients have consented to removal?

Thank you,

**REBECCA H. SIMMS**
Associate



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 215.965.2244
**E:** rsimms@grsm.com   |   grsm.com
Three Logan Square, 1717 Arch Street, Suite 610, Philadelphia, PA 19103
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

# Rebecca Simms

| | |
|---|---|
| **From:** | Jordan B Rosenberg <jrosenberg@SMSM.com> |
| **Sent:** | Monday, December 15, 2025 2:56 PM |
| **To:** | Rebecca Simms |
| **Subject:** | RE: Rhodes v. Aylo, et al. - Removal of Matter to Federal Court |

You don't often get email from jrosenberg@smsm.com. Learn why this is important

Hi Rebecca,

Dr. Ley consents to removal.

Thank you,

**Jordan B Rosenberg** | Shareholder
215.399.1471 Direct | jrosenberg@smsm.com

**From:** Rebecca Simms <rsimms@grsm.com>
**Sent:** Monday, December 15, 2025 10:04 AM
**To:** Jordan B Rosenberg <jrosenberg@SMSM.com>
**Subject:** Rhodes v. Aylo, et al. - Removal of Matter to Federal Court

Hi Jordan,

It was nice speaking with you on Friday. Please let me know if Dr. Ley consents to removal of this matter.

Thanks,

**REBECCA H. SIMMS**
Associate



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 215.965.2244
**E:** rsimms@grsm.com | grsm.com
Three Logan Square, 1717 Arch Street, Suite 610, Philadelphia, PA 19103
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE LAW FIRM™**

[www.grsm.com](www.grsm.com)

# Rebecca Simms

| | |
|---|---|
| **From:** | David Volk <DVolk@c-wlaw.com> |
| **Sent:** | Friday, December 12, 2025 12:16 PM |
| **To:** | Rebecca Simms |
| **Cc:** | Kaitlin Gurney; Elizabeth Seidlin-Bernstein; Alexa L. Austin; Horrigan Courtney C.T.; Jessica Heinz; Alex Nemiroff |
| **Subject:** | Re: Rhodes v. Aylo, et al. - Defendants' Consent to Removal of Matter |

Confirmed. Thank you.

On Dec 12, 2025, at 12:11 PM, Rebecca Simms <rsimms@grsm.com> wrote:

Good Afternoon All,

As discussed, we are preparing to file a Notice of Removal for the above-named matter. In the interest of clarity for that filing, could you please reply to this email and confirm that your clients have consented to removal?

Thank you,

**REBECCA H. SIMMS**
Associate



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 215.965.2244
**E:** rsimms@grsm.com  |  grsm.com
Three Logan Square, 1717 Arch Street, Suite 610, Philadelphia, PA 19103
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com