# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER RHODES, et al. ) | Civil Action No. 2:25-cv-01956-MJH |
| ) | |
| VS. ) | or |
| AYLO HOLIDINGS, S.A.R.L., et al. ) | |
| ) | Criminal Action No. _____ |
| ) | |

## DISCLOSURE STATEMENT

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Defendant Taylor & Francis Group, LLC**, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public: Informa PLC, a publicly traded company, is the ultimate parent of Taylor & Francis Group, LLC.

or

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and <u>Magistrate Judges to evaluate possible disqualification or recusal,</u> the undersigned counsel for _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| | |
|---|---|
| January 5, 2026 | /s/ Kaitlin M. Gurney |
| Date | Signature of Attorney or Litigant |

Revision Date: November 1, 2016