IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER RHODES and NO FAP LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>AYLO HOLDINGS, S.A.R.L (D/B/A PORNHUB, AYLO USA, INC. (D/B/A PORNHUB), AYLO GLOBAL ENTERTAINMENT, INC. (D/B/A PORN HUB), AYLO BILLING LIMITED (D/B/A PORNHUB), ET AL.,<br><br>    *Defendants*. | Case No. 2:25-cv-01956 |

## ORDER

AND NOW, this \_\_\_16th\_\_\_ day of \_\_\_January\_\_\_, 2026, upon consideration of the Motion for Admission *Pro Hac Vice* of Joyce A. Delgado, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

                                                                             */s/ Marilyn J. Horan*
                                                          United States District Judge