IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDER RHODES, et al.,** | : <br> : |
| Plaintiffs, | : <br> : Civil Action No.: 2:25-cv-01956-MJH <br> : |
| v. | : <br> : |
| **AYLO HOLDINGS, S.A.R.L., et al.,** | : <br> : |
| Defendants. | : <br> : |

**CONSENT MOTION FOR LEAVE TO FILE
A BRIEF THAT EXCEEDS THE PAGE LIMIT**

Defendant Taylor & Francis Group, LLC ("T&F"), by and through its undersigned counsel, respectfully requests that this Court permit T&F to file a brief in support of its motion to dismiss the Amended Complaint that exceeds the 25-page limit.

T&F's motion to dismiss Plaintiffs' Amended Complaint is due by January 30, 2026. *See* ECF No. 8. Pursuant to Section 6(a) of this Court's Standing Order and Procedures on Civil Motion Practice, a brief in support of a motion to dismiss should not exceed 25 pages. Given the length of the Amended Complaint, which spans more than 500 paragraphs, and the number of asserted claims, T&F believes that additional pages will be required to respond fully to the eleven claims asserted against T&F. Specifically, T&F respectfully requests an additional ten pages, increasing the length of its brief from 25 pages to no more than 35 pages. Plaintiffs' counsel has consented to this request for an extension.

Dated: January 21, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By:   /s/ *Kaitlin Gurney*
      Kaitlin Gurney (PA309581)
      gurneyk@ballardspahr.com
      Elizabeth Seidlin-Bernstein (PA317931)
      seidline@ballardspahr.com
      1735 Market Street, 51st Floor
      Philadelphia, PA 19103-7599
      Telephone: 215.665.8500
      Facsimile: 215.864.8999

*Attorneys for Defendant Taylor & Francis Group, LLC*