IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER RHODES and NO FAP LLC | : | CIVIL ACTION NO. 2:25-cv-01956 |
| Plaintiffs, | : | |
| v. | : | **CORPORATE DISCLOSURE STATEMENT** |
| AYLO HOLDINGS S.A.R.L. (d/b/a PornHub), AYLO USA, INC. (d/b/a PornHub), AYLO GLOBAL ENTERTAINMENT, INC. (d/b/a PornHub), AYLO BILLING LIMITED (d/b/a PornHub), NICOLE PRAUSE, Ph.D., UNIVERSITY OF CALIFORNIA, LOS ANGELES (d/b/a UCLA), DAVID LEY, Ph.D. and TAYLOR & FRANCIS GROUP, LLC | : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to L. Cv, R 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Dr. David Ley, Ph.D. in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

**Segal McCambridge Singer & Mahoney, Ltd.**

By:     */s/ Alice S. Johnston*
Alice S. Johnston, Esquire
Attorney ID No. 46637
Segal McCambridge Singer & Mahoney, Ltd.
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
(412) 586-9952
ajohnston@smsm.com
Counsel for Defendant
David J. Ley, Ph.D.

Date: January 21, 2026

**CERTIFICATION OF SERVICE**

I, Alice S. Johnston, Esquire, hereby certify that a true and correct copy of the foregoing was served via e-filing upon the following indicated below:

Peter T. Kobylinski, Esquire
Kobylinski & Kobylinski
Praetorian Law Group, LLC
Mitchell Building
304 Ross Street, Suite 510
Pittsburgh, PA  15210
pete@koby.law
**Counsel for Plaintiffs**

Courtney C.T. Horrigan, Esquire
Hudson M. Stoner, Esquire
Alexa L. Austin, Esquire
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222
chorrigan@reedsmith.com
hstoner@reedsmith.com
aaustin@reedsmith.com
**Counsel for Defendants**
**Aylo Holdings S.A.R.L. (d/b/a PornHub)**
**Aylo Billing Limited (d/b/a PornHub)**
**Aylo USA, Inc. (d/b/a PornHub)**
**Aylo Global Entertainment, Inc. (d/b/a PornHub)**

Ernest F. Koschineg, Esquire
David G. Volk, Esquire
Jessica M. Heinz, Esquire
Cipriani & Werner, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
ekoschineg@c-wlaw.com
dvolk@c-wlaw.com
jheinz@c-wlaw.com
**Counsel for Defendant**
**Nicole Prause, Ph.D.**

Alexander Nemiroff, Esquire
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA  19103
anemiroff@grsm.com
**Counsel for Defendant**
**The Regents of the University of California (incorrectly identified as University of California Los Angeles (d/b/a UCLA))**

Kaitlin M. Gurney, Esquire
Elizabeth Seidlin-Bernstein, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
gurneyk@ballardspahr.com
seidline@ballardspahr.com
**Counsel for Defendant**
**Taylor & Francis Group**

**Segal McCambridge Singer & Mahoney, Ltd.**


By:     */s/ Alice S. Johnston*
        Alice S. Johnston, Esquire

Date:   January 21, 2026