IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER RHODES and NO FAP LLC, | |
| Plaintiffs, | Case No. 2:25-cv-01956-MJH |
| v. | |
| AYLO HOLDINGS, S.A.R.L (d/b/a PornHub, AYLO USA, INC. (d/b/a PornHub), AYLO GLOBAL ENTERTAINMENT, INC. (d/b/a Porn Hub), AYLO BILLING LIMITED (d/b/a PornHub), NICOLE PRAUSE, Ph.D., UNIVERSITY OF CALIFORNIA, LOS ANGELES, (d/b/a UCLA), DAVID LEY, Ph.D., and TAYLOR & FRANCIS GROUP, LLC., | |
| Defendants. | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S, MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendant, The Regents of the University of California, through its undersigned attorneys, respectfully submits the Memorandum of Law in Support of its Motion to Motion to Exceed Page Limits, averring as follows:

1. On November 13, 2024, Plaintiffs, Alexander Rhodes and NoFap, LLC, commenced an action by filing a Praecipe for Writ of Summons in the Court of Common Pleas of Allegheny County, Pennsylvania, captioned *Rhodes, et al. v. AYLO Holdings, S.A.R.L. (d/b/a PornHub), et al.*, GD-24-013043. *See* ECF No. 1-1.

2. On November 27, 2025, Plaintiffs filed their Complaint. *Id.* UCLA, with the consent of all Defendants, removed this matter to the United States District Court for the Western District of Pennsylvania on December 16, 2025. *See* ECF No. 1.

3.  Thereafter, following a Joint Motion by all parties, this Court granted Plaintiffs permission to file an amended complaint. *See* ECF No. 8.

4.  Plaintiffs filed their First Amended Complaint on December 30, 2025. *See* ECF No. 9.

5.  The Amended Complaint is over 200 pages and contains 560 paragraphs of various allegations, including 17 separate counts. *Id.*

6.  In their Amended Complaint, Plaintiffs allege: (I) Racketeering pursuant to the Racketeer Influenced and Corrupt Organizations Act (RICO), codified as 18 U.S.C. § 1962; (II) Unfair Competition pursuant to the Lanham Act, codified as 15 U.S.C. § 1125(a); (III) Trademark Dilution, codified as 15 U.S.C. § 1125(c); (IV) Trademark Infringement, codified as 15 U.S.C. § 1114; (V) Trade Disparagement; (VI) Breach of Contract; (VII) Fraudulent Inducement; (VIII) Tortious Interference; (IX) Defamation Per Se and Per Quod; (X) Publicity Placing Person in False Light; (XI) Publicity Given to Private Life; (XII) Intrusion into Private Affairs; (XIII) Intentional Infliction of Emotional Distress; (XIV) Civil Conspiracy; (XV) Gross Negligence and Negligence; and (XVI) Negligent Hiring. *Id.*

7.  UCLA's Motion to Dismiss Plaintiffs' Amended Complaint is due by January 30, 2026. *See* ECF No. 8.

8.  Pursuant to Section 6(a) of this Court's Standing Order and Procedures on Civil Motion Practice, a brief in support of a motion to dismiss should not exceed 25 pages.

9.  However, the "Court may alter any of these provisions by Order or by notice from court staff at the Court's direction, in the interests of justice." *Id.* at Section 9.

10. Given the length of the Amended Complaint, which spans more than 500 paragraphs, and the number of asserted claims, UCLA believes that additional pages will be required to respond fully to the **fifteen (15)** claims asserted against itself.

11. Specifically, UCLA respectfully requests an additional 25 pages, increasing the length of its brief from 25 pages to no more than 50 pages.[1]

12. UCLA will make every attempt to be as concise as possible.

13. Accordingly, for the foregoing reasons, it is respectfully requested that UCLA be granted leave to exceed the 25-page limit for briefs and file a brief of no more than 50 pages.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

 /s/ Alexander Nemiroff
Alexander Nemiroff [92250]
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (267) 602-2040
Fax: (215) 693-6650
Email: anemiroff@grsm.com
*Counsel for Defendant, The Regents of the University of California, incorrectly identified as University of California, Los Angeles d/b/a UCLA*

Dated: January 23, 2026

---

[1] Plaintiffs' Counsel has agreed to an extension of ten pages, to 35 pages total. However, UCLA believes that the interests of justice require permitting UCLA additional pages to adequately plead its multitude of defenses to the voluminous First Amended Complaint.

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of January, 2026, Defendants' Motion to Exceed Page Limits, supporting Memorandum of Law, and proposed Order were served electronically via CM/ECF system to all counsel of record.

                          *s/ Alexander Nemiroff*
                          Alexander Nemiroff, Esq.
                          *Counsel for Defendant, The Regents of the*
                          *University of California, incorrectly identified as*
                          *University of California, Los Angeles d/b/a UCLA*