# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER RHODES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO HOLDINGS, S.A.R.L., et al.,<br><br>Defendants. | Civil Action No. 2:25-cv-01956-MJH |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SAUMYA K. VAISHAMPAYAN

Pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151), Saumya K. Vaishampayan, undersigned counsel for Defendant Taylor & Francis Group, LLC, hereby moves for admission *pro hac vice* to appear and practice in this Court in the above-captioned matter as counsel for Defendant Taylor & Francis Group, LLC.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Saumya K. Vaishampayan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: January 26, 2026

Respectfully submitted,

*/s/ Saumya K. Vaishampayan*
Saumya K. Vaishampayan
Bar ID No. 6008593
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
vaishampayans@ballardspahr.com

*Attorney for Defendant Taylor & Francis Group, LLC*

AFFIDAVIT IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER RHODES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO HOLDINGS, S.A.R.L., et al.,<br><br>Defendants. | Civil Action No. 2:25-cv-01956-MJH |

**AFFIDAVIT OF SAUMYA K. VAISHAMPAYAN IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Saumya K. Vaishampayan, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Taylor & Francis Group, LLC, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Saumya K. Vaishampayan, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm Ballard Spahr.

2. My business address is 1675 Broadway, 19th Floor, New York, NY 10019.

3. I am a member in good standing of the bar of New York, as well as the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.

4. My bar identification number is 6008593.

5. A current certificate of good standing from New York is attached to this Affidavit as Exhibit 1.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: January 26, 2026                                    Respectfully submitted,

*/s/ Saumya K. Vaishampayan*
Saumya K. Vaishampayan
Bar ID No. 6008593
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
vaishampayans@ballardspahr.com

*Attorney for Defendant Taylor & Francis Group, LLC*

# Exhibit 1



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Saumya K Vaishampayan

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **March 27, 2023**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on January 23, 2026.*



*Clerk of the Court*

CertID-00270404