## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing DEFENDANT NICOLE PRAUSE Ph.D.'s MOTION FOR SANCTIONS and BRIEF in support thereof with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

**Dated: March 27, 2026**

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

**/s/David G. Volk**

By: _____

David G. Volk, Esq.
Pa. I.D. No. 208444
Three Valley Square, Suite 305
512 E. Township Line Road
Blue Bell, PA 19422
T: (610) 567-0700
F: (610) 567-0712
dvolk@c-wlaw.com
*Attorney for Defendant,*
*Nicole Prause, Ph.D.*