# EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ALEXANDER RHODES and NO FAP LLC, | |
| Plaintiffs, | Case No. 2:25-cv-01956-MJH |
| v. | |
| AYLO HOLDINGS, S.A.R.L (d/b/a PornHub, AYLO USA, INC. (d/b/a PornHub), AYLO GLOBAL ENTERTAINMENT, INC. (d/b/a Porn Hub), AYLO BILLING LIMITED (d/b/a PornHub), NICOLE PRAUSE, Ph.D., UNIVERSITY OF CALIFORNIA, LOS ANGELES, (d/b/a UCLA), DAVID LEY, Ph.D., and TAYLOR & FRANCIS GROUP, LLC., | |
| Defendants. | |

**DECLARATION OF NICOLE PRAUSE, Ph.D.**

AND NOW COMES Nicole Prause, Ph.D., who makes the following Declaration in support of her Motion to Dismiss Plaintiff's First Amended Complaint (hereinafter "FAC").

1.    My name is Nicole Prause and I am of lawful age and of sound mind and I make this Declaration freely.

2.    I am generally familiar with the allegations contained in Plaintiffs' First Amended Complaint filed by Alexander Rhodes and NoFap LLC, in the above-captioned matter. I am submitting this Declaration in support of this Motion for Sanctions.

3.    I have never attempted to frame Gary Wilson with crimes and there is no evidence that suggests otherwise.

4.    I have never attempted to frame Laila Mickelwait with a felony and there is no evidence that suggests otherwise.

5.    I have never maintained that Alexander Rhodes physically grabbed me in Los Angeles and there is no evidence to suggest otherwise.

6.    I do not have a criminal conviction on my record and there is no evidence to suggest otherwise.

7.    I have never been involuntarily committed to a behavioral health unit and there is no evidence to suggest otherwise.

8.    I have never violated the terms of any probation and there is no evidence to suggest otherwise.

9.    I have never fabricated that I was receiving death threats and there is no evidence to suggest otherwise.

10.    Neither myself nor my attorneys have ever hired an in-person private investigator to surveil Plaintiff Rhodes and there is no evidence to suggest otherwise.

11.    I have never staged multiple death threat hoaxes targeting Plaintiffs nor have I impersonated NoFap community members and there is no evidence to suggest otherwise.

12.    I have never created violent material on the internet and there is no evidence to suggest otherwise.

13.    I have never committed research fraud and there is no evidence to suggest otherwise.

14.    I am a biostatistical programmer III at the University of California, Los Angeles, a public institution; Dissertation Director for the Modern Sex Therapy Institute, a private institution; research assistant for the Veterans Administration Hospital in Los Angeles, a federal

research institution; an affiliate researcher at University of Nebraska, Lincoln, a public institution; and a lecturer for the University of Michigan, a public institution. The allegation that I am a "faux academic" is frivolous and there is no evidence to suggest otherwise.

15.    I have never engaged in any form of extortion and there is no evidence to suggest otherwise.

16.    I have never distributed obscene materials through interstate commerce, obstructed justice, tampered with a witness, victim or informant, committed wire fraud, retaliated against a witness, victim or informant, nor interfered with commerce by threats or violence and there is no evidence to suggest otherwise.

17.    I have never engaged in peonage, slavery, and trafficking in persons, money laundering, and child sexual exploitation offenses and there is no evidence to suggest otherwise.

18.    I have never harassed any colleague and there is no evidence to suggest otherwise.

19.    I have never violated Institutional Review Board (IRB) standards and there is no evidence to suggest otherwise.

20.    I have never committed illegal conduct through means of interstate commerce and there is no evidence to suggest otherwise.

21.    I certify that the statements contained in this Declaration are true and correct to the best of my knowledge, information and belief, and I make this Declaration subject to 28 U.S. Code § 1746, relating to unsworn declarations under penalty of perjury.

Dated this 21st day of March 2026, in Los Angeles, California.

*Nicole Prause*
_____
Nicole Prause, Ph.D.