**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEXANDER RHODES and NO FAP LLC, | CIVIL DIVISION |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-01956-MJH |
| AYLO HOLDINGS, S.A.R.L (d/b/a PornHub, AYLO USA, INC. (d/b/a PornHub), AYLO GLOBAL ENTERTAINMENT, INC. (d/b/a Porn Hub), AYLO BILLING LIMITED (d/b/a PornHub), NICOLE PRAUSE, Ph.D., UNIVERSITY OF CALIFORNIA, LOS ANGELES, (d/b/a UCLA), DAVID LEY, Ph.D., and TAYLOR & FRANCIS GROUP, LLC., | *Electronically Filed.* |
| Defendants. | |

**ORDER**

AND NOW, this __20th__ day of __April_____, 2026, upon consideration of the

Consent Motion For Leave To File Reply Brief In Further Support of Defendant, Nicole Prause,

Ph.D.'s Motion To Dismiss Plaintiffs' First Amended Complaint ("FAC") For Lack Of Personal

Jurisdiction, it is hereby **ORDERED** that the Motion is **GRANTED**.  It is hereby further

**ORDERED** that Dr. Prause shall file her Reply Brief in further support of her motion to dismiss

Plaintiffs' FAC by __April 27_____, 2026.


BY THE COURT:

_____
HON. MARILYN J. HORAN