# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER RHODES and NO FAP LLC, | Case No. 2:25-cv-01956-MJH |
| Plaintiffs, | |
| v. | |
| AYLO HOLDINGS, S.A.R.L (d/b/a PornHub), AYLO USA, INC. (d/b/a PornHub), AYLO GLOBAL ENTERTAINMENT, INC. (d/b/a Porn Hub), AYLO BILLING LIMITED (d/b/a PornHub), NICOLE PRAUSE, Ph.D., UNIVERSITY OF CALIFORNIA, LOS ANGELES, (d/b/a UCLA), DAVID LEY, Ph.D., and TAYLOR & FRANCIS GROUP, LLC., | |
| Defendants. | |

### DECLARATION OF NICOLE PRAUSE, PhD

**AND NOW COMES** Nicole Prause, Ph.D., who makes the following Declaration in support of her Motion to Dismiss Plaintiff's First Amended Complaint (hereinafter "FAC"):

1. My name is Nicole Prause and I am of lawful age and of sound mind and I make this Declaration freely.
2. I am generally familiar with the allegations contained in the FAC filed by the Plaintiffs, Alexander Rhodes and NoFap LLC, in the above-captioned matter. I am submitting this Declaration in support of my Motion to Dismiss the FAC on personal jurisdiction grounds.
3. I have reviewed Plaintiffs' opposition to my Motion to Dismiss.

### False 2016 OneTaste, Inc. Claims

4. My research has never been funded by OneTaste, Inc.
5. I have never been a volunteer for OneTaste, Inc.
6. I have never been a member of OneTaste, Inc.
7. I have never been a spokesperson for OneTaste, Inc.
8. The contract provided by Plaintiffs shows a California non-profit foundation, not OneTaste, Inc. funded research in 2016. **See Exhibit "A"**.

9.  This contract was signed in <u>2016</u> and formally ended in <u>2017</u>. It has been a decade since that work was done.

10. I was present for all data collection in the <u>2016</u> study. ***None*** of the data for the <u>2016</u> study was collected in Pennsylvania. The data were collected in Los Angeles, San Francisco, and New York City.

11. As a part of that <u>2016</u> work, I was required to have an email address with the University of Pittsburgh. I have no use for that email address and do not use it. I have logged on to that email solely due to these lawsuit allegations, such as to see if the account still even existed. I do not know how to terminate the email address, or I would have done so a decade ago. Right now, I do not know the password for that email account and cannot access it.

12. As a part of that <u>2016</u> work, I was given access to the University of Pittsburgh network. For example, I could access journal articles that were behind paywalls if the university had a subscription to them. Access for journal articles even at that time was incidental, because I had access to journal articles through my role as Director of Dissertations at Modern Sex Therapy Institute. I do not know if I even still have access to the University of Pittsburgh. The only reason I would even attempt to access that network is for this litigation to see if the access was active. Right now, I do not know the password for the University of Pittsburgh network and cannot access it.

13. Being an "affilitate" of a university is required for Institutional Review Boards to supervise your research. I was required to have it for the <u>2016</u> research. This is federally regulated by the Department of Health and Human Services. I have no idea how to terminate an old 2016 affiliation. I do not need the affiliation and do not use it. Frankly, I am not sure if it even still exists or is just old paperwork.

14. I do not log on to my social media accounts every day to see if my affiliations are updated. This includes LinkedIn. LinkedIn does not reflect my instantaneous work affiliations, never has, and never will.

15. I have not used any Pittsburgh affiliation in about a decade. Any historical references are to the 2016 work.

### False 2019 Contract Claims

16. The original 2016 study was with people who were experienced with the form of meditation that we studied. We wanted to do a follow-up study in people who were not experienced with the same form of meditation. In 2019, we created a contract to do exactly that.

17. The work planned in the 2019 contract (or "RANGER" study) provided by Plaintiffs was in California. The laboratory was to be set up in California. The participants were to be scheduled in California. Data collection was planned entirely in California. I would have analyzed all the data in California. I would have written the papers in California.

18. The contract was cancelled immediately after it was signed. **See Exhibit "B".**

19. Alexander Rhodes and his counsel also were provided with this closure document during discovery in the case *California CIV 2:20-bk-17525*.

20. No one ever received any compensation from that contract.

21. The project was never conducted.

22. I have no current contracts of any kind with anyone in Pennsylvania.

**False physical address and phone number claims**

23. I viewed the address and phone number provided by Plaintiffs that they claim was mine from the University of Pittsburgh online directory.
24.  I am currently not listed in the University of Pittsburgh directory. **<u>See Exhibit "C."</u>**
25. I have a time-and-date-stamped movie file preserving this search.
26.  I have never had that address or phone number, or any address or phone number, at the University of Pittsburgh.
27. That address belonged to Greg Siegle, PhD.
28. Dr. Siegle moved within the university around May 2016. Another University of Pittsburgh researcher took over the space at that address.
29. I have never had any mailing address anywhere at the University of Pittsburgh and have never received mail there.
30. I have never been employed at the University of Pittsburgh.

31. I certify that the statements contained in this Declaration are true and correct to the best of my knowledge, information and belief, and I make this Declaration subject to 28 U.S. Code § 1746, relating to unsworn declarations under penalty of perjury.

**Dated this 19 day of April, 2026, in Los Angeles, California.**

**Nicole Prause, Ph.D.**

**Exhibit A**

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | | DLN: 93492228021346 |
|---|---|---|---|

Form **990-EZ**

Department of the Treasury
Internal Revenue Service

**Short Form**
**Return of Organization Exempt From Income Tax**
Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)
► Do not enter social security numbers on this form as it may be made public.
► Information about Form 990-EZ and its instructions is at *www.irs.gov/form990*.

OMB No 1545-1150

**2014**

**Open to Public Inspection**

**A** For the 2014 calendar year, or tax year beginning 01-01-2014 , and ending 12-31-2014

| **B** Check if applicable | **C** Name of organization Fill Up America aka The OneTaste Foundation | **D** Employer identification number 91-2158747 |
|---|---|---|
| ☐ Address change | | |
| ☐ Name change | Number and street (or P O box, if mail is not delivered to street address) Room/suite 1446 Market Street | **E** Telephone number |
| ☐ Initial return | | |
| ☐ Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code San Francisco, CA 94102 | **F** Group Exemption Number ► |
| ☐ Amended return | | |
| ☐ Application pending | | |

**G** Accounting Method ☑ Cash ☐ Accrual  Other (specify) ► _____

**H** Check ► ☐ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

**I** Website: ► onetastefoundation org

**J** Tax-exempt status (check only one) - ☑ 501(c)(3) ☐ 501(c)( ) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527

**K** Form of organization ☑ Corporation ☐ Trust ☐ Association ☐ Other _____

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts If gross receipts are $200,000 or more, or if total assets (Part II, column (B) below) are $500,000 or more, file Form 990 instead of Form 990-EZ ► $ 120,451

### Part I    Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)
Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . . . . . . . . . . . . ☑

| | | | |
|---|---|---|---:|
| **1** | Contributions, gifts, grants, and similar amounts received . . . . . . . . . . . . . . . | **1** | 120,451 |
| **2** | Program service revenue including government fees and contracts . . . . . . . . . . . | **2** | |
| **3** | Membership dues and assessments . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Investment income . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5a** | Gross amount from sale of assets other than inventory . . . . . . . . | 5a | | |
| **b** | Less cost or other basis and sales expenses . . . . . . . . . . . | 5b | 0 | |
| **c** | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) . . . . . . | **5c** | |
| **6** | Gaming and fundraising events | | |
| **a** | Gross income from gaming (attach Schedule G if greater than $15,000) . | 6a | | |
| **b** | Gross income from fundraising events (not including $ _____ of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) | 6b | 0 | |
| **c** | Less direct expenses from gaming and fundraising events . . . . . . . | 6c | 0 | |
| **d** | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) | **6d** | |
| **7a** | Gross sales of inventory, less returns and allowances . . . . . . . . | 7a | | |
| **b** | Less cost of goods sold . . . . . . . . . . . . . . . . . . . | 7b | 0 | |
| **c** | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) . . . . . . . . . | **7c** | |
| **8** | Other revenue (describe in Schedule O) . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . . . . . . . . . . . ► | **9** | 120,451 |
| **10** | Grants and similar amounts paid (list in Schedule O) . . . . . . . . . . . . . . . | **10** | |
| **11** | Benefits paid to or for members . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** | Salaries, other compensation, and employee benefits . . . . . . . . . . . . . . | **12** | |
| **13** | Professional fees and other payments to independent contractors . . . . . . . . . . | **13** | 3,578 |
| **14** | Occupancy, rent, utilities, and maintenance . . . . . . . . . . . . . . . . . | **14** | |
| **15** | Printing, publications, postage, and shipping . . . . . . . . . . . . . . . . | **15** | |
| **16** | Other expenses (describe in Schedule O) . . . . . . . . . . . . . . . . . | **16** | 108,492 |
| **17** | **Total expenses.** Add lines 10 through 16 . . . . . . . . . . . . . . . ► | **17** | 112,070 |
| **18** | Excess or (deficit) for the year (Subtract line 17 from line 9) . . . . . . . . . . . | **18** | 8,381 |
| **19** | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . . . . . . . . . . . . . | **19** | 1,591 |
| **20** | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . | **20** | |
| **21** | Net assets or fund balances at end of year Combine lines 18 through 20 . . . . . . . . ► | **21** | 9,972 |

For Paperwork Reduction Act Notice, see the separate instructions.          Cat No 10642I          Form **990-EZ** (2014)

**Exhibit B**



December 29, 2019

Dear Nicole Prause,

This is a letter to inform you that the Institute of OM Foundation is cancelling the contract with Liberos LLC. In regards to the study that you, referred to as "Ranger Study", were the lead investigator on, Institute of OM Foundation has decided to cancel the contract based on the information provided to us by University of Pittsburgh and their Institutional Review Board.

As of todays date, the contract is null and void.

Thank you,

Anjuli Ayer

**Exhibit C**

