**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXANDER RHODES** and **NOFAP LLC**   ) | |
|                                       )  | Case No.: 2:25-cv-01956-MJH |
| Plaintiffs,                           )  | |
|                                       )  | |
| v.                                    )  | |
|                                       )  | |
| **AYLO HOLDINGS, S.A.R.L. (d/b/a**    )  | |
| **PORNHUB), et al**,                  )  | |
|                                       )  | |
| Defendants.                           )  | |

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SURREPLY**

Plaintiffs respectfully request leave to file a surreply in opposition to defendant Nicole Prause's motion to dismiss. In support of the same, plaintiff states as follows:

1.     On January 30, 2026, Defendant Prause filed a motion to dismiss for lack of jurisdiction. (ECF Doc. #50).

2.     Plaintiffs filed their brief in opposition to defendant Prause's motion on April 6, 2026 (ECF Doc. #64) to which defendant filed a reply on April 27, 2026 (ECF Doc. #73).

3.     In her reply, defendant Prause raised several matters that require an additional response by Plaintiffs and further attached  an additional declaration by her. (ECF Doc. #74).

4.     Plaintiffs respectfully request leave to submit a five (5) page surreply to address the issues raised in defendant Prause's reply brief.

5.     Plaintiffs request leave to file their surreply on or behalf May 7, 2026.

WHEREFORE, plaintiffs respectfully request leave to file a five (5) page surreply in opposition to defendant Prause's motion to dismiss.

A proposed order it attached.

1

Respectfully submitted,

**KOBYLINSKI + KOBYLINSKI**


      /s/ Peter T. Kobylinski

Peter T. Kobylinski, Esquire
PA ID No.: 309832
304 Ross Street, Suite 510
Pittsburgh, PA 15219
412-281-6600
412-281-6610 (fax)
pete@koby.law

April 30, 2026                    *Counsel for Plaintiff*

2