## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ALEXANDER RHODES** and **NOFAP LLC**  )
                                          )    Case No.: 2:25-cv-01956-MJH

Plaintiffs,          )

                                            )

v.                   )

                                            )

**AYLO HOLDINGS, S.A.R.L. (d/b/a**  )
**PORNHUB), et al**,          )

                                            )

Defendants.         )

### PROPOSED ORDER

AND NOW on this _____th day of _____, 2026, upon consideration

of Plaintiffs' Motion for Leave to File a Surreply in Opposition to Defendant Prause's Motion to

Dismiss, any response thereto, and for good cause shown, it is hereby ORDERED that plaintiffs'

request is GRANTED. Plaintiffs are granted leave to file a five (5) page surreply to defendant

Prause's motion on or before May 7, 2026.

BY THE COURT

_____
The Hon. Marilyn J. Horan, District Judge

1