**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ALEXANDER RHODES, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No.: 2:25-cv-01956-MJH** |
| | : | |
| **v.** | : | |
| | : | |
| **AYLO HOLDINGS, S.A.R.L., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT TAYLOR & FRANCIS GROUP, LLC'S OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY**

Defendant Taylor & Francis Group, LLC ("Taylor & Francis") respectfully opposes

Plaintiffs' motion for leave to file a sur-reply ("Mot.," ECF No. 88) and states as follows:

1.      On May 19, 2026, Plaintiffs' counsel emailed counsel for all Defendants, seeking

consent to file sur-replies to Defendants' respective replies in support of their motions to

dismiss.  That same day, undersigned counsel asked Plaintiffs' counsel to identify what portions

of Taylor & Francis's reply, if any, raise new arguments or evidence.  Plaintiffs' counsel never

responded to that inquiry.

2.      In their motion for leave to file a sur-reply, Plaintiffs still do not specify any

aspects of Taylor & Francis's reply that raise issues Plaintiffs did not have an opportunity to

address in their opposition.  *See* Mot. ¶¶ 3-4.  Therefore, Taylor & Francis submits that a sur-

reply is not warranted.  If, however, the Court is inclined to permit Plaintiffs to file a sur-reply,

Taylor & Francis respectfully requests an opportunity to file a sur-sur-reply in response.

WHEREFORE, Taylor & Francis respectfully requests that the Court enter an order denying Plaintiffs' motion for leave to file a sur-reply or, in the alternative, granting Taylor & Francis leave to file a sur-sur reply.

Dated: May 21, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By:    /s/ Elizabeth Seidlin-Bernstein
Kaitlin Gurney (PA309581)
gurneyk@ballardspahr.com
Elizabeth Seidlin-Bernstein (PA317931)
seidline@ballardspahr.com
Saumya Vaishampayan (*pro hac vice*)
vaishampayans@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorneys for Defendant Taylor & Francis Group, LLC*