**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

ALEXANDER RHODES and      :
NO FAP LLC      :
     :
       Plaintiffs,      :
     :
       v.      :
     :
AYLO HOLDINGS S.A.R.L. (d/b/a      :
PornHub), AYLO USA, INC. (d/b/a      :
PornHub), AYLO GLOBAL      :
ENTERTAINMENT, INC. (d/b/a      :
PornHub), AYLO BILLING LIMITED      :
(d/b/a PornHub), NICOLE PRAUSE, Ph.D., :
UNIVERSITY OF CALIFORNIA, LOS      :
ANGELES (d/b/a UCLA), DAVID LEY,      :
Ph.D. and TAYLOR & FRANCIS GROUP, :
LLC      :
     :
       Defendants.      :

CIVIL ACTION NO. 2:25-cv-01956

---

**DEFENDANT, DAVID LEY, PH.D.'S OPPOSITION TO PLAINTIFFS' MOTION FOR
LEAVE TO FILE A SUR-REPLY**

Defendant, David Ley, Ph.D., ("Defendant Ley") through his undersigned attorneys, respectfully submits this Opposition to Plaintiff's Leave to File a Sur-Reply (ECF No. 88), averring as follows:

1.     On January 30, 2026, Defendant Ley filed a Motion to Dismiss Plaintiffs' First Amended Complaint.

2.     Plaintiffs filed their opposition to Defendant Ley's First Amended Complaint on or around April 13, 2026.

3.     Defendant Ley filed his reply to Plaintiffs' opposition on May 13, 2026.

4.      On May 19, 2026, Plaintiffs' counsel emailed counsel for all Defendants, seeking consent to file sur-replies to Defendants' respective replies in support of their motions to dismiss. That same day, undersigned counsel asked Plaintiffs' counsel to identify what portions of Dr. Ley's reply, if any, raise new arguments or evidence.

5.      Plaintiffs' responded to the undersigned's inquiry by stating vaguely: "As to Dr. Ley – plaintiffs plan to address Dr. Ley's mischaracterization of plaintiffs' brief and FAC, the nature of the pleadings, address the newly raised arguments and authority regarding the individual counts against Dr. Ley (in particular the RICO and Lanham counts) and argument that leave to amend should not be permit."

6.      Plaintiffs' did not identify what these alleged mischaracterizations were or any other specific issues, with the exception of the argument that leave to amend should not be permitted, an argument that was addressed by Defendant Ley in response to this issue being initially put forth by Plaintiffs themselves in their opposition papers.

7.      In Plaintiffs' Motion to File a Sur-Reply, Plaintiffs allege the need to reply to "an array of more nuanced issues and legal arguments that were not part" of its original brief, still without addressing what these issues and arguments might be.

8.      Plaintiffs' further allege a need to file a sur-reply to address Defendant's argument that Plaintiffs are not permitted to file an amended complaint, which was already addressed by Plaintiffs in their initial opposition papers.

9.      Any sur-reply would not address new evidence, facts, or arguments that were raised for the first time in Ley's reply brief. For example, in *St. Clair Intellectual Prop. Consultants v. Samsung Elecs. Co. Ltd.*, 291 F.R.D. 75 (2013) the court allowed a sur-reply because it responded to newly presented evidence and arguments, enabling the court to more

fully evaluate the pending motion. *St. Clair Intellectual Prop. Consultants v. Samsung Elecs. Co. Ltd.*, 291 F.R.D. 75 (2013). Similarly, in *EMC Corp. v. Pure Storage, Inc.*, 154 F. Supp. 3d 81 (2016) leave was granted for a sur-reply that addressed new legal issues raised in the reply brief. *EMC Corp. v. Pure Storage, Inc.,* 154 F. Supp. 3d 81 (2016).

10.    Plaintiffs in their Request for a Sur-Reply do not detail what new "nuanced issues and legal arguments" were not part of Ley's Original Motion Papers and were raised for the first time on reply. It is Ley's position that there are no new nuanced issues and legal arguments raised in Ley's reply brief. In fact, Plaintiffs note the Amended Complaint issue was raised for the first time *in Plaintiffs opposition.*

11.    Accordingly, for the foregoing reasons, it is respectfully requested that Plaintiffs' Request for leave to file a sur-reply be denied. In the event the Court is inclined to grant the Motion, it is respectfully requested that Dr. Ley be permitted to file a sur-reply to Plaintiffs' sur-reply.

WHEREFORE, Defendant Ley respectfully requests that the Court enter an Order denying Plaintiffs' motion for leave to file a sur-reply or, in the alternative, granting Defendant Ley leave to file a sur-sur-reply.

Respectfully submitted.

**Segal McCambridge Singer & Mahoney, Ltd**

By:    _____ */s/ Jeffrey F. Hall-Gale, Esq.* _____
Jeffrey F. Hall-Gale, Esquire
Attorney ID No. 318850
Segal McCambridge Singer & Mahoney, Ltd.
One Commerce Square
2005 Market Street
Suite 3110

Philadelphia, PA 19103
215-972-8015
Jhall-Gale@Smsm.com
Counsel for Defendant
David J. Ley, Ph.D.

Date:   May 22, 2026

## CERTIFICATION OF SERVICE

I, Jeffrey F. Hall-Gale, Esquire, hereby certify that a true and correct copy of the

foregoing was served via e-filing upon the following indicated below:

Peter T. Kobylinski, Esquire
Kobylinski & Kobylinski
Praetorian Law Group, LLC
Mitchell Building
304 Ross Street, Suite 510
Pittsburgh, PA  15210
pete@koby.law
**Counsel for Plaintiffs**

Courtney C.T. Horrigan, Esquire
Hudson M. Stoner, Esquire
Alexa L. Austin, Esquire
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222
chorrigan@reedsmith.com
hstoner@reedsmith.com
aaustin@reedsmith.com
**Co-Counsel for Defendants**
**Aylo Holdings S.A.R.L. (d/b/a PornHub)**
**Aylo Billing Limited (d/b/a PornHub)**
**Aylo USA, Inc. (d/b/a PornHub)**
**Aylo Global Entertainment, Inc. (d/b/a PornHub)**

Ralph A. Dengler, Esquire
Venable LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
RADengler@Venable.com
**Co-Counsel for Defendants**
**Aylo Holdings S.A.R.L. (d/b/a PornHub)**
**Aylo Billing Limited (d/b/a PornHub)**
**Aylo USA, Inc. (d/b/a PornHub)**
**Aylo Global Entertainment, Inc. (d/b/a PornHub)**

Ernest F. Koschineg, Esquire
David G. Volk, Esquire
Jessica M. Heinz, Esquire
Cipriani & Werner, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
ekoschineg@c-wlaw.com
dvolk@c-wlaw.com
jheinz@c-wlaw.com
**Counsel for Defendant**
**Nicole Prause, Ph.D.**

Alexander Nemiroff, Esquire
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA  19103
anemiroff@grsm.com
**Counsel for Defendant**
**The Regents of the University of California (incorrectly identified as University of California Los Angeles (d/b/a UCLA))**

Kaitlin M. Gurney, Esquire
Elizabeth Seidlin-Bernstein, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
gurneyk@ballardspahr.com
seidline@ballardspahr.com
**Counsel for Defendant**
**Taylor & Francis Group**

**Segal McCambridge Singer & Mahoney, Ltd.**

By:  */s/ Jeffrey F. Hall-Gale, Esq*
Jeffrey F. Hall-Gale, Esquire

Date:  May 22,  2026