## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

———————————————————————

| | | |
|---|---|---|
| ALEXANDER RHODES and | : | CIVIL ACTION NO. 2:25-cv-01956 |
| NO FAP LLC | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AYLO HOLDINGS S.A.R.L. (d/b/a | : | |
| PornHub), AYLO USA, INC. (d/b/a | : | |
| PornHub), AYLO GLOBAL | : | |
| ENTERTAINMENT, INC. (d/b/a | : | |
| PornHub), AYLO BILLING LIMITED | : | |
| (d/b/a PornHub), NICOLE PRAUSE, Ph.D., | : | |
| UNIVERSITY OF CALIFORNIA, LOS | : | |
| ANGELES (d/b/a UCLA), DAVID LEY, | : | |
| Ph.D. and TAYLOR & FRANCIS GROUP, | : | |
| LLC | : | |
| | : | |
| Defendants. | : | |

———————————————————————

## [PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR
## LEAVE TO FILE SUR-REPLY TO DAVID LEY, Ph.D's REPLY BRIEF

AND NOW, on this               day of                , 2026, after consideration of

Plaintiffs' Request for Leave to File Sur-Reply to David Ley, Ph.D's Reply Brief, any opposition

thereto, and any argument thereon, it is hereby ORDERED that:

1.    Plaintiffs' Request for Leave to File Sur-Reply to David Ley, Ph.D's Reply Brief

is hereby DENIED.

or, in the alternative,

1.    Plaintiffs' Request for Leave to File Sur-Reply to David Ley, Ph.D's Reply Brief

is hereby GRANTED and

2.  David Ley, Ph.D is permitted to file a Sur-Reply to Plaintiffs' Sur-Reply.

BY THE COURT:

Marilyn J. Horan, District Judge