**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEXANDER RHODES, et al.,** | : | |
| **Plaintiffs,** | : | **Civil Action No.: 2:25-cv-01956-MJH** |
| **v.** | : | |
| **AYLO HOLDINGS, S.A.R.L., et al.,** | : | |
| **Defendants.** | : | |

**MOTION TO SUBSTITUTE APPEARANCE**

Kindly accept the Motion to Substitute the appearance of the undersigned on behalf of Defendant, Nicole Prause, Ph.D., in the above-captioned matter.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

By: */s/David G. Volk*
David G. Volk, Esquire
Attorney I.D. # 208444
Three Valley Square, Ste. 305
512 E. Township Line Road
Blue Bell, PA 19422
T: (610) 567-0700

Kindly substitute the appearances of the undersigned on behalf of Defendant, Nicole Prause, Ph.D., in the above-captioned matter.

Respectfully submitted,

**KLA LEGAL, LLP**

By: _/s/Ernest F. Koschineg_
Ernest F. Koschineg, Esquire
Attorney I.D. #83350
KLA LEGAL, LLP
325 Sentry Parkway
Building 5 West, Ste.200
Blue Bell, PA 19422
T: (610) 472-0240
Ernie.Koschineg@klalegal.com
*Entering Attorney for Defendant,*
*Nicole Prause, Ph.D.*

Date: September 17, 2026

Respectfully submitted,

**KLA LEGAL, LLP**

By: _/s/Michael R. Abbott_
Michael R. Abbott, Esquire
Attorney I.D. #203398
KLA LEGAL, LLP
325 Sentry Parkway
Building 5 West, Ste.200
Blue Bell, PA 19422
T: (610) 472-0240
Michael.Abbott@klalegal.com
*Entering Attorney for Defendant,*
*Nicole Prause, Ph.D.*

Date: September 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing using the Court's CM/ECF system.

Respectfully submitted,

**KLA LEGAL, LLP**

By: */s/Michael R. Abbott*

Michael R. Abbott, Esquire
KLA LEGAL, LLP
325 Sentry Parkway
Building 5 West, Ste.200
Blue Bell, PA 19422
T: (610) 472-0240
Michael.Abbott@klalegal.com
*Entering Attorney for Defendant,*
*Nicole Prause, Ph.D.*

Date: September 17, 2026